# EXHIBIT E

Jurisdiction F - Medicare Part B   | Contact Us | Help | Email Alerts |   | Noridian Medicare Portal (NMP) Login

Alaska, Arizona, Idaho, Montana, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming

JF Part B / Fees and News / Latest Updates / Article Detail                                    Share

## Manipulated, Reconstituted and/or Injectable Amniotic and Placental Derived Products

This guidance pertains to amniotic and/or placental derived products used for indications other than as a membranous covering for burns, wounds, or ophthalmic conditions. ALL manipulated and/or reconstituted membranous grafts or products in liquid or other forms are subject to this notice.

Whether considered "regenerative therapy", stem cell products, biologic exosome products, and/or other "proprietary" products consisting of amniotic and/or placental derived components, the FDA has clarified that ALL manipulated, reconstituted, liquid and/or other forms of injectable amniotic and placental derived products for ALL uses fall under section 351 of the Public Health Service (PHS) Act and the Federal Food, Drug, & Cosmetic (FD&C) Act.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk. Due to these concerns, the FDA began issuing public safety notifications on December 6, 2019.

Consequently, any amniotic and/or placental derived products without Pre-Market Approval under section 351 of the Public Health Service (PHS) Act and the Food, Drug, and Cosmetic (FD&C) Act, along with their associated services will be denied by the A/B MAC (A), (B), or (HHH), or DME MAC retroactive to December 6, 2019.

Please refer to the FDA's Tissue Reference Group (TRG) or the FDA's Office of Combination Products to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from FDA at the following:

Public Safety Notification on Exosome Products | FDA

Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes | FDA

Important Patient and Consumer Information About Regenerative Medicine Therapies | FDA

Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use; Guidance for Industry and Food and Drug Administration Staff, (fda.gov)

Questions and Answers Regarding the End of the Compliance and Enforcement Policy for Certain Human Cells, Tissues, or Cellular or Tissue-based Products (HCT/Ps) | FDA

Note: CMS assignment of a HCPCs code to an item/service does not imply any health insurance coverage or reimbursement. HCPCS Release & Code Sets | CMS

Previous CMS payment does not equate to coverage.

Noridian requests that providers and other external stakeholders check the Noridian Medicare website or Listserv for updates. General correspondences related to these issues may be emailed to amnion_placentalconcern@noridian.com. Please do not include any PHI or other confidential information. For specific individual claim queries please utilize the Noridian Medicare Portal before calling the Provider Contact Center.

Last Updated Feb 23 , 2022

---

### Contact
877-908-8431
IVR Guide
Fax Us
Mail Us
Email Us

Bookmark this page

### Support
Help
Site Map
Site Tour
Web Feedback
Adobe Reader
Excel Viewer

Text Size: A A A

### Tools
Noridian Medicare Portal (NMP)
Redetermination Form
Reason & Remark Codes
Acronyms and Glossary
Tools

### External Resources
www.CMS.gov
CMS Links
Internet Only Manuals
External Resource Links
Correct Coding Initiative
www.edissweb.com
Medicare Advantage Plan
New Medicare Card
ISO 9001 Certified

### Keep Current
**Email Updates**
Receive Medicare's "Latest Updates" each week.

SUBSCRIBE



© 2022 Noridian Healthcare Solutions, LLC Terms & Privacy