UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROW 1 INC., doing business as
REGENATIVE LABS,

*Plaintiff,*

v.

XAVIER BECERRA,
Secretary of Health and Human Services, *et al.*,

*Defendants*.

Civil Action No. 22-0718 (APM)

## **DEFENDANTS' MOTION TO DISMISS**

By and through undersigned counsel and pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1), Defendants respectfully move to dismiss Plaintiff's Complaint for lack of subject-matter jurisdiction.  The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss.  A proposed order is enclosed herewith.

\*       \*       \*

Dated:  June 21, 2022
        Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:          /s/ *Diana V. Valdivia*
        DIANA V. VALDIVIA, D.C. Bar #1006628
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2545
        diana.valdivia@usdoj.gov

*Attorneys for Defendants*

*Of Counsel*:

    DANIEL J. BARRY
    *Acting General Counsel*

    JANICE L. HOFFMAN
    *Associate General Counsel*

    SUSAN MAXSON LYONS
    *Deputy Associate General Counsel for*
    *Litigation*

    JULLIA CALLAHAN BRADLEY
    *Attorney*

    *U.S. Department of Health and Human*
    *Services*