DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



**TDL-220299**

**MEMORANDUM**

| | |
|---|---|
| **DATE:** | March 25, 2022 |
| **FROM:** | Contracting Officer's Representatives (CORs)<br>Medicare Administrative Contractors, Center for Medicare<br><br>Director, Coverage and Analysis Group<br>Centers for Clinical Standards and Quality<br><br>Director, Medicare Contractor Management Group<br>Center for Medicare |
| **SUBJECT:** | Amniotic Fluid and Placental Tissues Claims Payment Instructions--Rescission |
| **TO:** | All Medicare Administrative Contractors (MACs) |

The purpose of this Technical Direction Letter (TDL) is to rescind TDLs 220221 and 220240, and to provide guidance to Medicare Administrative Contractors (MACs) as to how they should handle claims that may have been processed and denied in accordance with the instructions in each.

Specifically, in rescinding each subject TDL, MACs are directed to remove the edit outlined in TDL-220240. Instead of the edit, in the absence of a Local or National Coverage Determination (LCD or NCD), MACs shall suspend automatic denials of claims for amniotic and placental tissue product injections and institute claim-by-claim review to determine whether a claim meets the reasonable and necessary criteria outlined under section 1862(a)(1)(A) of the Social Security Act, as well as any other applicable requirements for coverage payment in any statute, regulation or guidance document. In addition, any claims that MACs may have processed following the guidance in TDL-220221 or edit instructions in TDL-220240 shall be re-opened and evaluated subject to the same claim-by-claim review. MACs shall delete all related coverage articles and educational materials that were issued in response to TDL-220221 and TDL-220240.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present

---

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

potential, significant safety concerns that put patients at risk.

(Reference: https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products; and https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therapies).  While the subject TDLs were issued because of concerns that some reported uses of amniotic and placental tissue injections may present a danger to beneficiaries or not meet the requirements for coverage under Section 1862(a)(1)(A) as well as any other applicable Medicare statute, regulations and/or guidance documents that address coverage of claims for reimbursement, we are now requiring contractors to make these determinations on a claim-by-claim basis.

Contractors may direct inquiries regarding the framework for the regulation of regenerative medicine products to https://www.fda.gov/vaccines-blood-biologics/cellular-gene-therapy-products/framework-regulation-regenerative-medicine-products.

The recission of the subject TDLs is not intended by CMS, and shall not be construed, as a finding that any products are eligible for coverage or payment.

**Provider Education**

No national message will be distributed from CMS.

Contractors may use the information contained in this TDL to conduct normal operations in order to respond to inquiries from the provider community and to educate providers when appropriate, including the discretion to do local messaging as needed; however, the TDL number shall not be referenced.

**Should you require further technical clarification, contact:**

Larry Young, Larry.Young@cms.hhs.gov, and copy your COR.


Contractual questions should be directed to your CMS Contracting Officer (CO).  Please copy your COR and CMS CO on all electronic and/or written correspondence in relation to this technical direction letter.


**A/B MAC Contract Numbers**

Jurisdiction 5 ~ 75FCMC19C0043
Jurisdiction 6 ~ 75FCMC20C0026
Jurisdiction 8 ~ 75FCMC19C0002

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

Jurisdiction 15 ~ HHSM-500-2015-M0032Z
Jurisdiction E ~ 75FCMC21C0003
Jurisdiction F ~75FCMC18C0029
Jurisdiction H ~ 75FCMC19C0018
Jurisdiction J ~ HHSM-500-2017-M0001Z
Jurisdiction K - 75FCMC22C0003
Jurisdiction K ~ HHSM-500-2013-M0015Z
Jurisdiction L ~ 75FCMC21C0019
Jurisdiction M ~ HHSM-500-2015-M0028Z
Jurisdiction N ~ HHSM-500-2014-M0021Z

**This Technical Direction Letter (TDL) is being issued to you as technical direction under your MAC contract and has been approved by your Contracting Officer's Representative (COR). This technical direction is not to be construed as a change or intent to change the scope of work under the contract and is to be acted upon only if sufficient funds are available. In this regard, your attention is directed to the clause of the General Provisions of your contract entitled Limitation of Funds, FAR 52.232-22 or Limitation of Cost, FAR 52.232-20 (as applicable). If the Contractor considers anything contained herein to be outside of the current scope of the contract, or contrary to any of its terms or conditions, the Contractor shall immediately notify the Contracting Officer in writing as to the specific discrepancies and any proposed corrective action.**

Unless otherwise specified, contractors shall be in compliance with this TDL within 10 business days from its date of issuance.

/s/
Jeremy Adams, J5 A/B MAC COR
Connor Beck, J6 A/B MAC COR
James Wilkerson, J8 A/B MAC COR
Ann Clemens, J15 A/B MAC COR
Dorinda Fain, JE A/B MAC COR
Linda Tran, JF A/B MAC COR
Kathleen Fey, JH A/B MAC COR
Jennifer Johnson, JJ A/B MAC COR
Sylvia Sampson, JK A/B MAC COR
John DAlessandro, JL A/B MAC COR
Jennifer Johnson, JM A/B MAC COR
John DAlessandro, JL A/B MAC COR

/s/
Tamara Syrek Jensen
Larry Young

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

cc:
James Doane, CGS Administrators, LLC
Melissa Lamb, CGS Administrators, LLC
Gayeta Porter, First Coast Service Options, Inc.
Kimberly Karnes, First Coast Service Options, Inc.
Jared Griep, National Government Services, Inc.
Jocelyn Ellington, National Government Services, Inc.
Julie Zhao, National Government Services, Inc.
Tom Hansen, National Government Services, Inc.
Tony Pappano, National Government Services, Inc.
Maggie Ridl, Noridian Healthcare Solutions, LLC
Nancy Kaspari, Noridian Healthcare Solutions, LLC
Tara Odden, Noridian Healthcare Solutions, LLC
Douglas Dyer, Novitas Solutions, Inc.
Jody Grier, Novitas Solutions, Inc.
Shelly Coleman, Novitas Solutions, Inc.
Debbie Dickson, Palmetto GBA, LLC
Ed Sanchez, Palmetto GBA, LLC
Sarah Mott, Palmetto GBA, LLC
Shanta Petry, RRB
Sylvia Looper, RRB
Kris Martin, Wisconsin Physicians Service Insurance Corporation
Mark Defoil, Wisconsin Physicians Service Insurance Corporation
Mindy Troshynski, Wisconsin Physicians Service Insurance Corporation
Amber Hedrick, CM/MCMG
Ann Clemens, CM/MCMG
Connor Beck, CM/MCMG
David Banks, CM/MCMG
Dorinda Fain, CM/MCMG
James Wilkerson, CM/MCMG
Jennifer Johnson, CM/MCMG
Jeremy Adams, CM/MCMG
John DAlessandro, CM/MCMG
Kathleen Fey, CM/MCMG
Larry Young, CM/MCMG
Linda Tran, CM/MCMG
Martin Furman, CM/MCMG
Sylvia Sampson, CM/MCMG
Torris Smith, CM/MCMG
All RAs, CMS
Amy Duckworth, OAGM

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

Brenda Clark, OAGM
Colette Day, OAGM
Courtney Garnes, OAGM
Edward B. Farmer, OAGM
Evan Seltzer, OAGM
Jeannine Bohlen, OAGM
Juanita Wilson, OAGM
Lauren Holsey, OAGM
Livia Bykov, OAGM
Mark Werder, OAGM
Mary Ahn, OAGM
Mary Kerner, OAGM
Mohammed Islam, OAGM
Shawn Baer, OAGM
Tamara Jones, OAGM
Tina Zanti, OAGM
Tracy Williams, OAGM
Tricia Dunchak, OAGM
Gregory Dill, OPOLE – IFM

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.