# EXHIBIT C



IVR: 866.290.4036 (TTY: 888.270.9481)
Customer Support & myCGS Help: 866.276.9558

**Home**   **JB DME**   **JC DME**   **J15 Part A**   J15 Part B   **J15 HHH**

Search

February 24, 2022

# Amniotic Fluid and/or Placental Tissue Biological Injection Claim Denials

The amniotic fluid and placental membrane products are manipulated amniotic and/or placental tissue biologics which have been used for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use.

Amniotic fluid and membranes are not Human Cells, Tissues, or Cellular or Tissue-based Products (HCT/Ps) due to the specific interpretation these products do not meet minimal manipulation and homologous use criteria. The HCT/Ps are regulated by the FDA under section 361 of the Public Health Service Act.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk. These unapproved products whether recovered from your own body or another person's body, include stem cells, stromal vascular fraction (fat-derived cells), umbilical cord blood and/or cord blood stem cells, amniotic fluid, Wharton's jelly, ortho-biologics, and exosomes [EXT↗]. Medicare does not cover these services since they are deemed experimental.

In the United States Federal Drug Administration's (FDA) public safety notice [EXT↗] dated Dec. 6, 2019, the FDA informed the public that there are currently "no FDA-approved exosome products." All claims for dates of service on or after December 6, 2019, shall be denied. Under Section 1862(a)(1)(E) of the Social Security Act. Per the Food and Drug Administration (FDA) these products may only be provided within approved investigational new (IND) trials.

Any claims processed and paid for dates of service on or after Dec. 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment. This letter also provides information regarding any appeal rights related to this overpayment.

Note: CMS assignment of HCPCs code to an item/service does not imply any health insurance coverage or reimbursement [EXT↗].

You can find additional information from the following sources:

- FDA's Tissue Reference Group (TRG) [EXT↗] or the FDA's Office of Combination Products [EXT↗] to obtain written feedback regarding how the product is appropriately regulated.
- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes
- Important Patient and Consumer Information About Regenerative Medicine Therapies [EXT↗]
- Current Good Manufacturing Practice (CGMP) Regulations [EXT↗]
- Medicare Benefit Policy Manual Chapter 15, Section 50.4.1 [PDF↗]



*Last Modified:* 2/24/2022 *Location:* FL, PR, USVI   *Business:* Part A, Part B

## Amniotic fluid and/or placental tissue biological injection claim denials

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. In the United States Food and Drug Administration's (FDA) public safety notice 🌐 dated Dec. 6, 2019, the FDA informed the public that there are currently "no FDA-approved exosome products". Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

### FDA public safety notice and consumer alerts

We refer you to the FDA's Tissue Reference Group (TRG) 🌐 or the FDA's Office of Combination Products 🌐 to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from FDA at the following:

- Public Safety Notification on Exosome Products 🌐
- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes 🌐
- Important Patient and Consumer Information about Regenerative Medicine Therapies 🌐

In addition, "FDA ensures the quality of drug products by carefully monitoring drug manufacturers' compliance with its Current Good Manufacturing Practice (CGMP) regulations 🌐", which contain minimum requirements for the methods, facilities, and controls used in manufacturing, processing, and packing of a drug product. The regulations make sure that a product is safe for use, and that it has the ingredients and strength it claims to have.

### Medicare claim denials

Effective March 16, 2022, First Coast will deny all services described above for dates of service on or after December 6, 2019, under Section 1862(a)(1)(E) of the Social Security Act. Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Medicare does not cover these services since they are deemed experimental. Claims billed for these injections will be denied with a group code of CO – Contractual Obligation. This group code is used when a contractual agreement between the payer and payee, or a regulatory requirement, resulted in an adjustment. These adjustments are considered a write off for the provider and may not be billed to the patient unless a valid Advanced Beneficiary Notice of Non-Coverage has been executed.

### Overpayment information

Any claims processed and paid for dates of service on or after Dec. 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment. This letter also provides information regarding any appeal rights related to this overpayment.

First Coast Service Options (First Coast) strives to ensure that the information available on our provider website is accurate, detailed, and current. Therefore, this is a dynamic site and its content changes daily. It is best to access the site to ensure you have the most current information rather than printing articles or forms that may become obsolete without notice.




Disclaimer | Terms of use | Privacy Policy site | About Us | Persons with Medicare | Corporate
Contact us | Site Map

WHEN EXPERIENCE COUNTS & QUALITY MATTERS

All contents © 2022 First Coast Service Options Inc.

Part B Provider in **Massachusetts**

Education  >  News

# NEWS ARTICLE DETAILS

## Amniotic Fluid and/or Placental Tissue Biological Injection Claims

This notice applies to all manipulated and/or reconstituted membranous grafts or products used in liquid or other forms. These include unapproved products whether recovered from someone's own body or another person's body (i.e., stem cells, stromal vascular fraction (fat-derived cells), umbilical cord blood and/or cord blood stem cells, amniotic fluid, Wharton's jelly, ortho-biologics, and exosomes).

Many patients seeking cures and remedies have been misled by information about these products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

Amniotic fluid and membranes are not considered Human Cells, Tissues, or Cellular or Tissue-based Products (HCT/Ps). Due to the specific definition of these products, they do not meet minimal manipulation and homologous use criteria.

Manipulated amniotic and/or placental tissue biologics used for injections to treat illness are experimental exosome biologic products that have not been proved safe and effective for any medical use. Per the FDA (Food & Drug Administration), these products may only be used within approved investigational new drug (IND) trials.

We refer you to the FDA's Tissue Reference Group (TRG) or the FDA's Office of Combination Products to obtain written feedback regarding how these products are appropriately regulated.

You may find additional information from FDA at the following:

- Public Safety Notification on Exosome Products
- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes
- Important Patient and Consumer Information About Regenerative Medicine Therapies

Medicare payment of a service requires it be compliant with all applicable regulations. Providers and suppliers at enrollment agree to abide by the Medicare laws, regulations, and program instructions and at enrollment, they certify that they understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws.

Any claims for manipulated amniotic and/or placental tissue biologics used for injections that were processed and paid for dates of service on or after 12/6/2019, will be adjusted and payment recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment.

Posted 2/24/2022

Back to News



About Us   Privacy Notice   Site Map   Tutorial

Copyright 2022 - National Government Services

Case 1:22-cv-00718-APM   Document 19-3   Filed 07/12/22   Page 7 of 13

Jurisdiction F - Medicare Part B                                    Contact Us | Help | Email Alerts
Alaska, Arizona, Idaho, Montana, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming        | Noridian Medicare Portal (NMP) Login

JF Part B / Fees and News / Latest Updates / Article Detail                                    Share

# Manipulated, Reconstituted and/or Injectable Amniotic and Placental Derived Products

This guidance pertains to amniotic and/or placental derived products used for indications other than as a membranous covering for burns, wounds, or ophthalmic conditions. ALL manipulated and/or reconstituted membranous grafts or products in liquid or other forms are subject to this notice.

Whether considered "regenerative therapy", stem cell products, biologic exosome products, and/or other "proprietary" products consisting of amniotic and/or placental derived components, the FDA has clarified that ALL manipulated, reconstituted, liquid and/or other forms of injectable amniotic and placental derived products for ALL uses fall under section 351 of the Public Health Service (PHS) Act and the Federal Food, Drug, & Cosmetic (FD&C) Act.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk. Due to these concerns, the FDA began issuing public safety notifications on December 6, 2019.

Consequently, any amniotic and/or placental derived products without Pre-Market Approval under section 351 of the Public Health Service (PHS) Act and the Food, Drug, and Cosmetic (FD&C) Act, along with their associated services will be denied by the A/B MAC (A), (B), or (HHH), or DME MAC retroactive to December 6, 2019.

Please refer to the FDA's Tissue Reference Group (TRG) or the FDA's Office of Combination Products to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from FDA at the following:

Public Safety Notification on Exosome Products | FDA

Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes | FDA

Important Patient and Consumer Information About Regenerative Medicine Therapies | FDA

Regulatory Considerations for Human Cells, Tissues, and Cellular and Tissue-Based Products: Minimal Manipulation and Homologous Use; Guidance for Industry and Food and Drug Administration Staff, (fda.gov)

Questions and Answers Regarding the End of the Compliance and Enforcement Policy for Certain Human Cells, Tissues, or Cellular or Tissue-based Products (HCT/Ps) | FDA

Note: CMS assignment of a HCPCs code to an item/service does not imply any health insurance coverage or reimbursement. HCPCS Release & Code Sets | CMS

Previous CMS payment does not equate to coverage.

Noridian requests that providers and other external stakeholders check the Noridian Medicare website or Listserv for updates. General correspondences related to these issues may be emailed to amnion_placentalconcern@noridian.com. Please do not include any PHI or other confidential information. For specific individual claim queries please utilize the Noridian Medicare Portal before calling the Provider Contact Center.

Last Updated Feb 23 , 2022

### Contact
877-908-8431
IVR Guide
Fax Us
Mail Us
Email Us

Bookmark this page

### Support
Help
Site Map
Site Tour
Web Feedback
Adobe Reader
Excel Viewer

Text Size: A A A

### Tools
Noridian Medicare Portal (NMP)
Redetermination Form
Reason & Remark Codes
Acronyms and Glossary
Tools

### External Resources
www.CMS.gov
CMS Links
Internet Only Manuals
External Resource Links
Correct Coding Initiative
www.edissweb.com
Medicare Advantage Plan
New Medicare Card
ISO 9001 Certified

### Keep Current
**Email Updates**
Receive Medicare's "Latest Updates" each week.

SUBSCRIBE



© 2022 Noridian Healthcare Solutions, LLC Terms & Privacy


## Amniotic fluid and/or placental tissue biological injection claim denials

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. In the United States Food and Drug Administration's (FDA) public safety notice ⬈ dated December 6, 2019, the FDA informed the public that there are currently "no FDA-approved exosome products". Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

## FDA public safety notice and consumer alerts

We refer you to the FDA's Tissue Reference Group (TRG) ⬈ or the FDA's Office of Combination Products ⬈ to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from FDA at the following:

- Public Safety Notification on Exosome Products ⬈
- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes ⬈
- Important Patient and Consumer Information about Regenerative Medicine Therapies ⬈

In addition, "FDA ensures the quality of drug products by carefully monitoring drug manufacturers' compliance with its Current Good Manufacturing Practice (CGMP) regulations ⬈ ", which contain minimum requirements for the methods, facilities, and controls used in manufacturing, processing, and packing of a drug product. The regulations make sure that a product is safe for use, and that it has the ingredients and strength it claims to have.

## Medicare claim denials

Effective March 16, 2022, we will deny all services described above for dates of service on or after December 6, 2019, under Section 1862(a)(1)(E) of the Social Security Act. Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Medicare does not cover these services since they are deemed experimental. Claims billed for these injections will be denied with a group code of CO – contractual obligation. This group code is used when a contractual agreement between the payer and payee, or a regulatory requirement, resulted in an adjustment. These adjustments are considered a write off for the provider and may not be billed to the patient unless a valid Advanced Beneficiary Notice of Non-Coverage has been executed.

## Overpayment information

Any claims processed and paid for dates of service on or after December 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment. This letter also provides information regarding any appeal rights related to this overpayment.



# Claim Denials for Amniotic Fluid and/or Placental Tissue Biological Injections

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. In the United States Federal Drug Administration's (FDA) public safety notice (https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products) dated Dec. 6, 2019, the FDA informed the public that there are currently "no FDA-approved exosome products." Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

FDA Public Safety Notice and Consumer Alerts
Palmetto GBA refers the provider community to the FDA's Tissue Reference Group (TRG) (https://www.fda.gov/vaccines-blood-biologics/tissue-tissue-products/tissue-reference-group) or the FDA's Office of Combination Products (https://www.fda.gov/combination-products/jurisdictional-information) to obtain written feedback regarding how the product is appropriately regulated.

Additional information from the FDA is located in the following publications:

- Public Safety Notification on Exosome Products (https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products)

- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes (https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/consumer-alert-regenerative-medicine-products-including-stem-cells-and-exosomes)

- Important Patient and Consumer Information about Regenerative Medicine Therapies (https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therapies)

The "FDA ensures the quality of drug products by carefully monitoring drug manufacturers' compliance with its Current Good Manufacturing Practice (CGMP) regulations (https://www.fda.gov/drugs/pharmaceutical-quality-resources/current-good-manufacturing-practice-cgmp-regulations)," which contain minimum requirements for the methods, facilities, and controls used in manufacturing, processing, and packing of a drug product. The regulations make sure that a product is safe for use, and that it has the ingredients and strength it claims to have.

Medicare Claim Denials
Effective no later than March 16, 2022, Palmetto GBA will deny all services described above for dates of service on or after December 6, 2019, under Section 1862(a)(1)(E) of the Social Security Act. Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Medicare does not cover these services since they are deemed experimental. Claims billed for these injections will be denied with a group code of CO – Contractual Obligation. This group code is used when a contractual agreement between the payer and payee, or a regulatory requirement, resulted in an adjustment. These adjustments are considered a write off for the provider and may not be billed to the patient unless a valid Advanced Beneficiary Notice of Non-Coverage has been executed.

Overpayment information
Any claims processed and paid for dates of service on or after Dec. 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment. This letter also provides information regarding any appeal rights related to this overpayment.

Case 1:22-cv-00718-APM Document 19-3 Filed 07/12/22 Page 11 of 13

References
Included in the article.

(/)

---

Last Updated: 02/24/2022

# Claim Denials for Manipulated Amniotic and/or Placental Tissue Biologics for Injections

LAST UPDATED FEB 24 2022

Jurisdictions: **J8A, J5A, J8B, J5B**

*Editor's note: We updated this article on February 24, 2022, to add "drug" to the last sentence of the first paragraph, and to change "We refer you to" to "Please refer to" in the third paragraph.*

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. All claims for dates of service on or after December 6, 2019, shall be denied. Under Section 1862(a)(1)(E) of the Social Security Act, per the Food and Drug Administration (FDA), these products may only be provided within approved investigational new drug (IND) trials.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

Please refer to the FDA's Tissue Reference Group (TRG) or the FDA's Office of Combination Products to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from the FDA at the following:

Public Safety Notification on Exosome Products

Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes

Important Patient and Consumer Information About Regenerative Medicine Therapies

**Medicare Provider Information:**

Medicare payment of a service requires for it to be compliant with all applicable regulation. Providers at enrollment agree to abide by the Medicare laws, regulations, and program instructions and at enrollment they certify that they understand that payment of a claim by Medicare is conditioned upon the claim and the underlying transaction complying with such laws.

The CMS Internet-Only Manual, Publication 100-02, Medicare Benefit Policy Manual, Chapter 15 , Section 50.4.1 states:

*The A/B MAC (A), (B), or (HHH), or DME MAC will deny coverage for drugs and biologicals, which have not received final marketing approval by the FDA unless it receives instructions from CMS to the contrary.*

*If there is reason to question whether the FDA has approved a drug or biological for marketing, the MAC must obtain satisfactory evidence of FDA's approval. Acceptable evidence includes:*

- *A copy of the FDA's letter to the drug's manufacturer approving the new drug application (NDA);*
- *A listing of the drug or biological in the FDA's "Approved Drug Products" or "FDA Drug and Device Product Approvals";*
- *A copy of the manufacturer's package insert approved by the FDA as part of the labeling of the drug, containing its recommended uses and dosage, as well as possible adverse reactions and recommended*

- precautions in using it; or
- *Information from the FDA's Web site.*

Any claims processed and paid for dates of service on or after Dec. 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment.

Tags: **Overpayments,News,J8A,J5A,Policies,J8B,Home Carousel,J5B,Claims**