# EXHIBIT D



*Last Modified: 2/24/2022  Location: FL, PR, USVI  Business: Part A, Part B*

# Amniotic fluid and/or placental tissue biological injection claim denials

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use. In the United States Food and Drug Administration's (FDA) public safety notice 🌐 dated Dec. 6, 2019, the FDA informed the public that there are currently "no FDA-approved exosome products". Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, present potential, significant safety concerns that put patients at risk.

## FDA public safety notice and consumer alerts

We refer you to the FDA's Tissue Reference Group (TRG) 🌐 or the FDA's Office of Combination Products 🌐 to obtain written feedback regarding how the product is appropriately regulated.

You may find additional information from FDA at the following:

- Public Safety Notification on Exosome Products 🌐
- Consumer Alert on Regenerative Medicine Products Including Stem Cells and Exosomes 🌐
- Important Patient and Consumer Information about Regenerative Medicine Therapies 🌐

In addition, "FDA ensures the quality of drug products by carefully monitoring drug manufacturers' compliance with its Current Good Manufacturing Practice (CGMP) regulations 🌐", which contain minimum requirements for the methods, facilities, and controls used in manufacturing, processing, and packing of a drug product. The regulations make sure that a product is safe for use, and that it has the ingredients and strength it claims to have.

## Medicare claim denials

Effective March 16, 2022, First Coast will deny all services described above for dates of service on or after December 6, 2019, under Section 1862(a)(1)(E) of the Social Security Act. Per the FDA, these products may only be provided within approved investigational new drug (IND) trials.

Medicare does not cover these services since they are deemed experimental. Claims billed for these injections will be denied with a group code of CO – Contractual Obligation. This group code is used when a contractual agreement between the payer and payee, or a regulatory requirement, resulted in an adjustment. These adjustments are considered a write off for the provider and may not be billed to the patient unless a valid Advanced Beneficiary Notice of Non-Coverage has been executed.

## Overpayment information

Any claims processed and paid for dates of service on or after Dec. 6, 2019, will be adjusted and payment will be recouped. Impacted providers will receive an overpayment demand letter identifying the amount of the overpayment. This letter also provides information regarding any appeal rights related to this overpayment.

First Coast Service Options (First Coast) strives to ensure that the information available on our provider website is accurate, detailed, and current. Therefore, this is a dynamic site and its content changes daily. It is best to access the site to ensure you have the most current information rather than printing articles or forms that may become obsolete without notice.




Disclaimer | Terms of use | Privacy Policy site | About Us Contact us | Persons with Medicare Site Map | Corporate

WHEN EXPERIENCE COUNTS & QUALITY MATTERS

All contents © 2022 First Coast Service Options Inc.