UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROW 1 INC., doing business as<br>REGENATIVE LABS,<br><br>          *Plaintiff,*<br><br>   v.<br><br>XAVIER BECERRA,<br>Secretary of Health and Human Services, *et al.*,<br><br>          *Defendants*. | Civil Action No. 22-0718 (APM) |

## DEFENDANTS' MOTION TO DISMISS

By and through undersigned counsel and pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1), Defendants respectfully move to dismiss Plaintiff's Amended Verified Complaint for lack of subject-matter jurisdiction. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss. A proposed order is enclosed herewith.

\*     \*     \*

Dated: August 25, 2022
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/ *Diana V. Valdivia*
DIANA V. VALDIVIA, D.C. Bar #1006628
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2545
diana.valdivia@usdoj.gov

*Attorneys for Defendants*

*Of Counsel*:

SAMUEL R. BAGENSTOS
  *General Counsel*

JANICE L. HOFFMAN
  *Associate General Counsel*

SUSAN MAXSON LYONS
  *Deputy Associate General Counsel for*
    *Litigation*

JULLIA CALLAHAN BRADLEY
*Attorney*

*U.S. Department of Health and Human*
  *Services*