DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



**TDL-220221**

MEMORANDUM

| | |
|---|---|
| **DATE:** | February 2, 2022 |
| **FROM:** | Contracting Officer's Representatives (CORs)<br>Medicare Administrative Contractors, Center for Medicare<br><br>Director, Coverage and Analysis Group<br>Centers for Clinical Standards and Quality<br><br>Director, Medicare Contractor Management Group<br>Center for Medicare |
| **SUBJECT:** | Amniotic Fluid and Placental Tissues Claims Payment Instructions |
| **TO:** | All Medicare Administrative Contractors (MACs) |

The purpose of this Technical Direction Letter (TDL) is to instruct the Medicare Administrative Contractors (MACs) to deny payments for claims of manipulated amniotic and/or placental tissue biologics for injections. Manipulated amniotic and/or placental tissue biological injections are biologics that are produced from amniotic and/or placental tissues that have been particulated and placed into a form for injections into other parts of the body like muscles and joints.

Manipulated amniotic and/or placental tissue biologics for injections to treat illness are exosome biologic products that have not been proven to be safe and effective, and all claims for dates of service on or after December 6, 2019, shall be denied because these products are unsafe. (See the public safety notice from the Food and Drug Administration (FDA) at: https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products). The FDA is concerned that many patients seeking cures and remedies may be misled by information about products that are illegally marketed, have not been shown to be safe or effective, and, in some cases, may have significant safety issues that put patients at risk. (Reference: https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/consumer-alert-regenerative-medicine-products-including-stem-cells-and-exosomes and https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therapies).

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

MACs shall re-open and adjust any paid claims for December 6, 2019, dates of service and later for these injection products.  As a reminder, MACs should coordinate with their respective UPICs on open investigations and law enforcement cases before initiating any claim re-opening and overpayment collection activities.

**Provider Education**

No national message will be distributed from CMS.

Contractors may use the information contained in this TDL to conduct normal operations in order to respond to inquiries from the provider community and to educate providers when appropriate, including the discretion to do local messaging as needed; however, the TDL number shall not be referenced.

**DME MAC Contract Numbers**

Jurisdiction A ~ HHSM-500-2016-M0001Z
Jurisdiction B ~ HHSM-500-2015-M0030Z
Jurisdiction C ~ 75FCMC20C0025
Jurisdiction D ~ HHSM-500-2015-M0031Z

**A/B MAC Contract Numbers**

Jurisdiction 5 ~ 75FCMC19C0043
Jurisdiction 6 ~ 75FCMC20C0026
Jurisdiction 8 ~ 75FCMC19C0002
Jurisdiction 15 ~ HHSM-500-2015-M0032Z
Jurisdiction E ~ 75FCMC21C0003
Jurisdiction F ~75FCMC18C0029
Jurisdiction H ~ 75FCMC19C0018
Jurisdiction J ~ HHSM-500-2017-M0001Z
Jurisdiction K - 75FCMC22C0003
Jurisdiction K ~ HHSM-500-2013-M0015Z
Jurisdiction L ~ 75FCMC21C0019
Jurisdiction M ~ HHSM-500-2015-M0028Z
Jurisdiction N ~ HHSM-500-2014-M0021Z

**This Technical Direction Letter (TDL) is being issued to you as technical direction under your MAC contract and has been approved by your Contracting Officer's Representative (COR). This technical direction is not to be construed as a change or intent to change the scope of work under the contract and is to be acted upon only if sufficient funds are available. In this regard, your attention is directed to the clause of the General Provisions of your contract entitled Limitation of Funds, FAR 52.232-22 or Limitation of Cost, FAR 52.232-20 (as applicable). If the**

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

**Contractor considers anything contained herein to be outside of the current scope of the contract, or contrary to any of its terms or conditions, the Contractor shall immediately notify the Contracting Officer in writing as to the specific discrepancies and any proposed corrective action.**

Unless otherwise specified, contractors shall be in compliance with this TDL within 10 business days from its date of issuance.

Should you require further technical clarification, you may contact your COR. Contractual questions should be directed to your CMS Contracting Officer. Please copy the COR and Contracting Officer on all electronic and/or written correspondence in relation to this technical direction letter.

| /s/ | /s/ |
|---|---|
| Pam Durbin, JA DME MAC COR | Tamara Syrek Jensen |
| Lisa Laubach, JB DME MAC COR | Larry Young |
| Lisa Laubach, JC DME MAC COR | |
| Pam Durbin, JD DME MAC COR | |
| Jeremy Adams, J5 A/B MAC COR | |
| Connor Beck, J6 A/B MAC COR | |
| Jeremy Adams, J8 A/B MAC | |
| Jeremy Adams, J8 A/B MAC COR | |
| Ann Clemens, J15 A/B MAC COR | |
| Dorinda Fain, JE A/B MAC COR | |
| Linda Tran, JF A/B MAC COR | |
| Kathleen Fey, JH A/B MAC COR | |
| Jennifer Johnson, JJ A/B MAC COR | |
| Sylvia Sampson, JK A/B MAC COR | |
| John DAlessandro, JL A/B MAC COR | |
| Jennifer Johnson, JM A/B MAC COR | |
| Jacqueline Brown, JN A/B MAC COR | |

cc:
Don Via, CGS Administrators, LLC
James Doane, CGS Administrators, LLC
Mary Ahn, CGS Administrators, LLC
Melissa Kirchenbauer, CGS Administrators, LLC
Melissa Lamb, CGS Administrators, LLC
Gayeta Porter, First Coast Service Options, Inc.
Kimberly Karnes, First Coast Service Options, Inc.

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

Jared Griep, National Government Services, Inc.
Jocelyn Ellington, National Government Services, Inc.
Julie Zhao, National Government Services, Inc.
Tom Hansen, National Government Services, Inc.
Tony Pappano, National Government Services, Inc.
Becky Kuznia, Noridian Healthcare Solutions, LLC
Julie Dallmann, Noridian Healthcare Solutions, LLC
Maggie Ridl, Noridian Healthcare Solutions, LLC
Nancy Kaspari, Noridian Healthcare Solutions, LLC
Tara Odden, Noridian Healthcare Solutions, LLC
Winnie Teneham, Noridian Healthcare Solutions, LLC
Douglas Dyer, Novitas Solutions, Inc.
Jody Grier, Novitas Solutions, Inc.
Shelly Coleman, Novitas Solutions, Inc.
Debbie Dickson, Palmetto GBA, LLC
Ed Sanchez, Palmetto GBA, LLC
Sarah Mott, Palmetto GBA, LLC
Shanta Petry, RRB
Sylvia Looper, RRB
Kris Martin, Wisconsin Physicians Service Insurance Corporation
Mark Defoil, Wisconsin Physicians Service Insurance Corporation
Mindy Troshynski, Wisconsin Physicians Service Insurance Corporation
Amber Hedrick, CM/MCMG
Ann Clemens, CM/MCMG
Connor Beck, CM/MCMG
David Banks, CM/MCMG
Dorinda Fain, CM/MCMG
Jacqueline Brown, CM/MCMG
Jennifer Johnson, CM/MCMG
Jeremy Adams, CM/MCMG
John DAlessandro, CM/MCMG
Kathleen Fey, CM/MCMG
Larry Young, CM/MCMG
Linda Tran, CM/MCMG
Lisa Laubach, CM/MCMG
Martin Furman, CM/MCMG
Pam Durbin, CM/MCMG
Sylvia Sampson, CM/MCMG
Torris Smith, CM/MCMG
William Carter, CM/MCMG/DCOM
All RAs, CMS
Alyssa Jones, OAGM

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

Amy Duckworth, OAGM
Brenda Clark, OAGM
Cheryl Caldwell, OAGM
Colette Day, OAGM
Courtney Garnes, OAGM
Edward B. Farmer, OAGM
Evan Seltzer, OAGM
Jeannine Bohlen, OAGM
Juanita Wilson, OAGM
Lauren Holsey, OAGM
Livia Bykov, OAGM
Mark Werder, OAGM
Mary Kerner, OAGM
Mohammed Islam, OAGM
Shawn Baer, OAGM
Tamara Jones, OAGM
Tina Zanti, OAGM
Tracy Williams, OAGM
Tricia Dunchak, OAGM
Gregory Dill, OPOLE – IFM

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.