DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850



**TDL-220240**

MEMORANDUM

| | |
|---|---|
| **DATE:** | February 16, 2022 |
| **FROM:** | Contracting Officer's Representatives (CORs)<br>Medicare Administrative Contractors, Center for Medicare<br><br>Director, Coverage and Analysis Group<br>Centers for Clinical Standards and Quality<br><br>Director, Medicare Contractor Management Group<br>Center for Medicare |
| **SUBJECT:** | Amniotic and Placental Tissue Derived Products - Claims Payment Instructions |
| **TO:** | All Medicare Administrative Contractors (MACs) |

TDL-220240 issued on February 16, 2022, is being reissued to remove HCPCS code 20525 from the Step 2 edit list. The original TDL compliance date remains the same. All other information remains the same.

This is a follow-up to TDL-220221 regarding claims for amniotic and placental tissue injection products. Specifically, Medicare Administrative Contractors (MACs) have requested additional guidance around how to operationally implement the instructions outlined in TDL-220221 in a consistent manner.

As noted in TDL-220221, manipulated amniotic and/or placental tissue biologics for injections to treat illness are experimental exosome biologic products that have not been proven to be safe and effective for any medical use, and all claims for dates of service on or after December 6, 2019, shall be denied under Section 1862(a)(1)(E) of the Social Security Act. Per the Food and Drug Administration these products may only be provided within approved investigational new drug (IND) trials. (See the public notices from the Food and Drug Administration (FDA) at:

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

https://www.fda.gov/vaccines-blood-biologics/safety-availability-biologics/public-safety-notification-exosome-products

https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/consumer-alert-regenerative-medicine-products-including-stem-cells-and-exosomes

https://www.fda.gov/vaccines-blood-biologics/consumers-biologics/important-patient-and-consumer-information-about-regenerative-medicine-therapies).

In developing operational edits and processes to implement this guidance, we have coordinated across all MACs to develop a set of implementation instructions for consistency. MACs shall follow the steps below for automated claim denials with the intention to deny claims for injected amniotic and placental tissue products. For assigned claims, MACs shall ensure that no beneficiary responsibility results from the claim denials, unless the claim line contains a GA modifier indicating an Advanced Beneficiary Notice of Non-Coverage has been executed.

Step 1: DENY any incoming claim lines that contain the following HCPCS Q Codes (does not include Q4244) codes:

Q4112, Q4113, Q4114, Q4139, Q4145, Q4149, Q4155, Q4162, Q4168, Q4171, Q4174, Q4177, Q4185, Q4189, Q4192, Q4202, Q4206, Q4212, Q4213, Q4215, Q4230, Q4231, Q4233, Q4240, Q4241, Q4242, Q4245, or Q4246.

Step 2: DENY any subsequent incoming claim lines for the following injection HCPCS Codes, if billed for the same beneficiary, by the same provider, for the same Date of Service (DOS) as the claim denied in Step 1:

20526, 20527, 20550, 20551, 20552, 20553, 20600, 20604, 20605, 20606, 20610, 20611, 20612, 27096, 62320, 62321, 62322, 62323, 64479, 64480, 64483, 64484, 64490, 64491, 64492, 64493, 64494, 64495, 0213T, 0214T, 0215T, 0216T, 0217T, 0218T, 0219T, 0220T, 0221T, 0222T, 0627T, 0628T, 0629T, or 0630T.

Step 3: DENY Q4244 as well as any injection service (as listed in Step 2) when both are billed for the same beneficiary, by the same provider, for the same DOS.

DENY the qualifying incoming claim line(s) received on or after the effective date of the edit with the following codes:

**Claim Adjustment Reason Code 114:** Procedure/product not approved by the Food and Drug Administration.

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

**Remittance Advice Remark Code N623**: Not covered when deemed unscientific/unproven/outmoded/experimental/excessive/inappropriate

**Medicare Summary Notice (MSN) 21.22:** Medicare does not pay for this service because it is considered investigational and/or experimental in these circumstances.

**MSN 16.10:** Medicare does not pay for this item or service.

**MSN 16.35:** You do not have to pay this amount.  *
 *Do not include MSN 16.35 on claim lines with a GA modifier.*

Validated on Council for Affordable Quality Healthcare Committee on Operating Rules for Information Exchange, Feb.  2022 v3.7.0.

Group Code: Contractual Obligation (CO) or Patient Responsibility (PR)

MACs shall set up this denial to take primary precedence in their local systems.  MACs shall implement the local editing no later than 20 business days after the issuance date of this TDL.

MACs shall re-open and adjust any paid claims for December 6, 2019, dates of service and later for these injection products.  CMS will facilitate these recoveries by providing a list of paid claims identified following the edit criteria outlined above to the MACs within 10 business days of the issuance date of this TDL.  MACs shall initiate the re-openings and adjustments on the claims within 45 business days from the date of issuance of this TDL.  As a reminder, MACs shall coordinate with their respective UPICs on open investigations and law enforcement cases before initiating any claim re-opening and overpayment collection activities.

**Provider Education**

No national message will be distributed from CMS.

Contractors may use the information contained in this TDL to conduct normal operations in order to respond to inquiries from the provider community and to educate providers when appropriate, including the discretion to do local messaging as needed; however, the TDL number shall not be referenced.

**A/B MAC Contract Numbers**

Jurisdiction 5 ~ 75FCMC19C0043
Jurisdiction 6 ~ 75FCMC20C0026
Jurisdiction 8 ~ 75FCMC19C0002
Jurisdiction 15 ~ HHSM-500-2015-M0032Z
Jurisdiction E ~ 75FCMC21C0003

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

Jurisdiction F ~75FCMC18C0029
Jurisdiction H ~ 75FCMC19C0018
Jurisdiction J ~ HHSM-500-2017-M0001Z
Jurisdiction K - 75FCMC22C0003
Jurisdiction K ~ HHSM-500-2013-M0015Z
Jurisdiction L ~ 75FCMC21C0019
Jurisdiction M ~ HHSM-500-2015-M0028Z
Jurisdiction N ~ HHSM-500-2014-M0021Z

**This Technical Direction Letter (TDL) is being issued to you as technical direction under your MAC contract and has been approved by your Contracting Officer's Representative (COR). This technical direction is not to be construed as a change or intent to change the scope of work under the contract and is to be acted upon only if sufficient funds are available. In this regard, your attention is directed to the clause of the General Provisions of your contract entitled Limitation of Funds, FAR 52.232-22 or Limitation of Cost, FAR 52.232-20 (as applicable). If the Contractor considers anything contained herein to be outside of the current scope of the contract, or contrary to any of its terms or conditions, the Contractor shall immediately notify the Contracting Officer in writing as to the specific discrepancies and any proposed corrective action.**

Unless otherwise specified, contractors shall be in compliance with this TDL within 10 business days from its date of issuance.

Should you require further technical clarification, you may contact your COR.  Contractual questions should be directed to your CMS Contracting Officer.  Please copy the COR and Contracting Officer on all electronic and/or written correspondence in relation to this technical direction letter.

/s/
Jeremy Adams, J5 A/B MAC COR
Connor Beck, J6 A/B MAC COR
Jeremy Adams, J8 A/B MAC COR
Jeremy Adams, J8 A/B MAC
Ann Clemens, J15 A/B MAC COR
Dorinda Fain, JE A/B MAC COR
Linda Tran, JF A/B MAC COR
Kathleen Fey, JH A/B MAC COR
Jennifer Johnson, JJ A/B MAC COR
Sylvia Sampson, JK A/B MAC COR
John DAlessandro, JL A/B MAC COR
Jennifer Johnson, JM A/B MAC COR

/s/
Tamara Syrek Jensen
Larry Young

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

John DAlessandro, JL A/B MAC COR

cc:
James Doane, CGS Administrators, LLC
Melissa Lamb, CGS Administrators, LLC
Gayeta Porter, First Coast Service Options, Inc.
Kimberly Karnes, First Coast Service Options, Inc.
Jared Griep, National Government Services, Inc.
Jocelyn Ellington, National Government Services, Inc.
Julie Zhao, National Government Services, Inc.
Tom Hansen, National Government Services, Inc.
Tony Pappano, National Government Services, Inc.
Maggie Ridl, Noridian Healthcare Solutions, LLC
Nancy Kaspari, Noridian Healthcare Solutions, LLC
Tara Odden, Noridian Healthcare Solutions, LLC
Douglas Dyer, Novitas Solutions, Inc.
Jody Grier, Novitas Solutions, Inc.
Shelly Coleman, Novitas Solutions, Inc.
Debbie Dickson, Palmetto GBA, LLC
Ed Sanchez, Palmetto GBA, LLC
Sarah Mott, Palmetto GBA, LLC
Shanta Petry, RRB
Sylvia Looper, RRB
Kris Martin, Wisconsin Physicians Service Insurance Corporation
Mark Defoil, Wisconsin Physicians Service Insurance Corporation
Mindy Troshynski, Wisconsin Physicians Service Insurance Corporation
Amber Hedrick, CM/MCMG
Ann Clemens, CM/MCMG
Connor Beck, CM/MCMG
David Banks, CM/MCMG
Dorinda Fain, CM/MCMG
Jennifer Johnson, CM/MCMG
Jeremy Adams, CM/MCMG
John DAlessandro, CM/MCMG
Kathleen Fey, CM/MCMG
Larry Young, CM/MCMG
Linda Tran, CM/MCMG
Martin Furman, CM/MCMG
Sylvia Sampson, CM/MCMG
Torris Smith, CM/MCMG

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.

All RAs, CMS
Kathleen McGinty, CPI/CMG
Karen Munoz, CPI/DASG/ALD
Dara Corrigan, CPI/DASG/DMA
George Mills, CPI/DASG/DMA
Ray Wedgeworth, CPI/DASG/DMA
Saeed Ahmad, CPI/DASG/DMA
Wendy Alexander, CPI/DASG/DMA
Amy Duckworth, OAGM
Brenda Clark, OAGM
Colette Day, OAGM
Courtney Garnes, OAGM
Edward B. Farmer, OAGM
Evan Seltzer, OAGM
Jeannine Bohlen, OAGM
Juanita Wilson, OAGM
Lauren Holsey, OAGM
Livia Bykov, OAGM
Mark Werder, OAGM
Mary Ahn, OAGM
Mary Kerner, OAGM
Mohammed Islam, OAGM
Shawn Baer, OAGM
Tamara Jones, OAGM
Tina Zanti, OAGM
Tracy Williams, OAGM
Tricia Dunchak, OAGM
Gregory Dill, OPOLE – IFM

This Technical Direction Letter (TDL) cannot be distributed, in whole or in part, outside of the recipient's organization. Do not post any of the information to the Internet unless otherwise instructed.